UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CHRISTINA PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-CV-392-CHB-LLK |
| | ) | |
| v. | ) | |
| | ) | |
| ESPERION THERAPEUTICS, INC., | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the parties' Stipulation of Dismissal, [R. 18]. Having reviewed the stipulation, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation of Dismissal, [**R. 18**], is **GRANTED**.

2. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 17th day of February, 2026.

Claria Horn Boom

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record